**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVSION AT CINCINNATI**

| | | |
|---|---|---|
| In re: | * | Chapter 7 |
| **LaShawn Denise McBride,** | * | Case No. 09-16596 |
| Debtor. | * | Honorable **J. Vincent Aug, Jr.** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF CONTINUANCE OF MEETING OF CREDITORS PURSUANT TO §341 OF THE UNIITED STATES BANKRUPTCY CODE

The meeting of creditors scheduled pursuant to §341 of the United States Bankruptcy Code originally scheduled for November 16, 2009 at 10:00 a.m. at the Office of the United States Trustee has been rescheduled at the request of the attorney for the debtor and with the consent of the chapter 7 trustee, Harold Jarnicki to:

**MONDAY, DECEMBER 1, 2009 @ 10:00 a.m.**

**Office of the United States Trustee**
**36 East Seventh Street, Suite 2050**
**Cincinnati, OH  45202**

Respectfully submitted:

**Neal J. Weill, Attorney at Law, LLC**

by:       /s/  Neal J. Weill
       Neal J. Weill, Esq. (Ohio 0016575)
Attorney for Debtor, **LaShawn Denise McBride**
250 East Fifth Street
Suite 1526
Cincinnati, OH  45202
(513) 878-2674 (phone)
(513) 878-2675 (fax)
nealjweill@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2009, a copy of the foregoing **NOTICE OF CONTINUANCE OF MEETING OF CREDITORS PURSUANT TO §341 OF THE UNIITED STATES BANKRUPTCY CODE** was served via the automatic notice function of ECF system to:

Monica V. Kindt, Assistant United States Trustee - Monica.Kindt@usdoj.gov
Harold Jarnicki, Chapter 7 Trustee - jarnickihsd91@earthlink.net

and to the following by regular U.S. Mail:

Recovery Management Systems Corporation |25 SE 2nd Avenue, Suite 1120|Miami, Fl 33131
Accelerated Revenue In |4016 N H|Powell, OH 43065
Alliance One 4850 E Street Rd Ste 300|Trevose, PA 19053
Allied Interstate, Inc |300 Corporate Exch|Columbus, OH 43231
C&f Fince Co |4660 S Laburnum Av|Richmond, VA 23231
CMHA |1635 Western Avenue|Cincinnati, OH 45214
Cbcs |Po Box 2334|Columbus, OH 43216
Credit Protection Asso |13355 Noel Rd Ste 2100|Dallas, TX 75240
Ffcc-columbus Inc |Po Box 20790|Columbus, OH 43220
First Premier Bank |Po Box 5524|Sioux Falls, SD 57117
Hsbc/tax |Attn: Bankruptcy|Po Box 15522|Wilmington, DE 19850
Internal Revenue Service |District Director, Insolvency Section|PO Box 1579|Cincinnati, OH 45201
LVNV Funding LLC |15 South Main Street|Suite 700|Greenville, SC 29601
Pentagroup Financial |5959 Corporate Dr Ste 14|Houston, TX 77036
Recovery Management Systems Corporation |25 S.E. 2nd Avenue, Suite 1120|Miami, FL 33131-1605
Rossman & Co |3592 Corporate Dr Ste 10|Columbus, OH 43231
Wells Fargo |Attn: Bankrutpcy Department|Po Box 10587|Greenville, SC 29603
Weltman, Weinberg & Reis |525 Vine Street|Suite 800|Cincinnati, OH 45202
Wffinancial |2501 Seaport Dr Ste Bh30|Chester, PA 19013
LaShawn Denise McBride |PO Box 14303|Cincinnati, OH 45250

**Neal J. Weill, Attorney at Law, LLC**

by: \_\_\_\_\_/s/ Neal J. Weill_____
      Neal J. Weill, Esq. (Ohio 0016575)